DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL OSEGUERA MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-212 JAM |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING CASE |
| GABRIEL OSEGUERA MORENO, | ) | Date:  June 22, 2010 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Jill Thomas, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant GABRIEL OSEGUERA MORENO, that the above matter be dropped from this court's calendar for June 22, 2010, at the request of the defense and be continued until July 20, 2010 at 9:30 a.m., for status conference.

This continuance is sought by the defense in order to obtain additional discovery and documentation concerning Mr. Oseguera's background which has been requested from the government, and from Mr. Oseguera's family.

**IT IS FURTHER STIPULATED** that the time from June 22, 2010,

through July 20, 2010, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED**.

Date: June 21, 2010                    Benjamin B. Wagner
                                       United States Attorney

                                       /S/ Jill Thomas
                                       By:   Jill Thomas
                                       Assistant United States Attorney
                                       Counsel for Plaintiff

Date: June 21, 2010                    /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       GABRIEL OSEGUERA MORENO

# O R D E R

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for June 22, 2010, and is ordered to be re-calendared for July 20, 2010, at 9:30 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from June 22, 2010, through July 20, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T4.

**IT IS SO ORDERED**.

                                       By the Court,

Date: June 21, 2010                    /s/ John A. Mendez
                                       Hon. John A. Mendez

Stip & Order Continuing Case
and Excluding Time                     2