DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL OSEGUERA MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-212 JAM |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING CASE |
| GABRIEL OSEGUERA MORENO, | ) | Date:   July 20, 2010 |
| Defendant. | ) | Time:   9:30 a.m. |
| | ) | Judge:  Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Jill Thomas, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant GABRIEL OSEGUERA MORENO, that the above matter be dropped from this court's calendar for July 20, 2010, at the request of the defense and be continued until August 3, 2010, for status conference.

This continuance is sought by the defense in order to obtain additional documentation concerning Mr. Oseguera's background which has been requested from Mr. Oseguera's family.  This documentation is sought in aid of an effort to resolve the case on different terms than currently offered by the government.

**IT IS FURTHER STIPULATED** that the time from July 20, 2010,

through August 3, 2010, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Date: July 19, 2010          Benjamin B. Wagner
                             United States Attorney

                             /S/ Jill Thomas
                             By:   Jill Thomas
                             Assistant United States Attorney
                             Counsel for Plaintiff

Date: July 19, 2010          /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             GABRIEL OSEGUERA MORENO

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for July 20, 2010, and is ordered to be re-calendared for August 3, 2010, at 9:30 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from July 20, 2010, through August 3, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T4.

**IT IS SO ORDERED.**

                                 By the Court,

Date: July 20, 2010          /s/ John A. Mendez
                             Hon. John A. Mendez
                             United States District Judge

Stip & Order Continuing Case
and Excluding Time                2