DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL OSEGUERA MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-212 JAM |
| Plaintiff, | |
| v. | RELEASE ORDER |
| GABRIEL OSEGUERA MORENO, | Judge: Hon. John A. Mendez |
| Defendant. | |

On January 25, 2011, the above defendant was sentenced by this court. Included in the sentence was a term of imprisonment of "time served." The defendant, therefore, having fully served the term of imprisonment imposed, the Marshal is hereby ordered to release Mr. Moreno from custody on this case.

**IT IS SO ORDERED**.

By the Court,

Dated: January 27, 2011          /s/ John A. Mendez
                                 Hon. John A. Mendez
                                 United States District Judge